

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00766-CV

**IN RE** Helisse M. **FRIESTMAN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed:  December 10, 2014

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

Relator filed this petition for writ of mandamus on November 3, 2014. A response to the petition was due to be filed by December 5, 2014, pursuant to this court's orders of November 7 and 21, 2014.

The parties have advised the court that the issues raised by the mandamus proceeding have become moot, and the parties agree the mandamus petition should be dismissed. Accordingly, this original mandamus proceeding is dismissed as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2014-CI-05746, styled *In the Matter of the Marriage of Brian E. Friestman and Helisse M. Friestman and In the Interest of A.G.F., A.F.F., and E.H.F., Children*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.